# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CLEARCARE LLC** a/a/o **CHRISTIE LUMB,**
Appellant,

v.

**USAA CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2025-1623

[August 20, 2025]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Woody R. Clermont, Judge; L.T. Case No. COINX25-000643.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Beth Gordon of Roig Lawyers, Deerfield Beach, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

We accept appellee's confession of error. The trial court's order is reversed and remanded for further proceedings. *Fla. High Sch. Athletic Ass'n, Inc. v. Johnson*, 279 So. 3d 794, 796 (Fla. 3d DCA 2019) ("Where the facts relating to such venue motion are in dispute, the trial court shall hold an evidentiary hearing to resolve the factual dispute and then make a legal determination on venue.").

*Reversed and remanded.*

KUNTZ, C.J., FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*